Dwayne Rivens-Baker Jr  §  SA-22-CV-01167-OLG
§
V  §
§  **FILED**
Jessica Riley, TDCJ, et Al,  §
§  MAR - 5 2024
§
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## MOTION TO RECONSIDER

here such plaintiff such here motion pursuant to Federal Rules of civil Procedure 54(B) § 59(E) to reconsider such interlocutory order, and or alter or amend the final Judgment based on the following with orders against defendant(s) <u>Barrientes</u> § <u>Hassler</u> § <u>Herrera</u> due to the fact discovery request made in such case specifically the <u>use of force video</u> that plaintiff needed to view to be able to establish which § specific omissions acts each defendant participated in during such use of force that violated plaintiffs constitutional Rights. Defendants have failed to answer interrogation which courts here precluded until motion to dismiss was ruled, giving plaintiff no form of discovery at all in such case. An request for counsel to obtain such discovery was denied where plaintiff is a layman to the law. plaintiff here has attached a Step 1 where he has been denied access to such video to be able to make discovery & submitt interrogation questions to defendants involved (see attachment A)

## prayer to courts

plaintiff prays to such courts of the law of the land that such motion be granted AND such Defendants motion be Denied until Discovery needed/requested is available to plaintiff. & give such plaintiff leave to Amend.

## certificate of service

plaintiff certifies such motion has been sent to here such courts from the Hughes Unit in Gatesville Texas This Date of Feb 25, 2024 from regular mail AND to Defendants attorneys

/s/ JRB Jr
without prejudice

Hughes Unit, 3201 Fm 929
Gatesville TX 76597

\* pursuant to civil suit # 5:22-cv-01167

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

Dis Jr "real"

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

**Offender Name:** DWAYNE RIVENS-BAKER     **TDCJ #** 2064290
**Unit:** Hughes     **Housing Assignment:** E pod 11 cell 12 Bld
**Unit where incident occurred:** Hughes

Denial Acess To Courts / Interference with civil Actions \*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
**Who did you talk to (name, title)?** Law Library, mailroom, I-60 To All wardens & 12 bld major     **When?** Week of 02-7-24
**What was their response?** That warden had the video
**What action was taken?** This Step 1

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

ISSUE: Approx Jan 2024 I was sent by The Attorney general For Active civil suit # 5:22-cv-0116 in The Western District of Texas San Antonio Division A use of force video to view so I may collect evidence. I have wrote such wardens & major of 12 Bld to review such but have not been allowed to few such video. This is hendering my legal proceedings As I need To pursue discovery and make disposition motions. I have deadlines That Administration on the A[lfred] Hughes Unit is interfering with. I've Told both mail room and law library of such issue and nothing seems to be done. I need To review This As soon As possible.

Copy

127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Action Requested to resolve your Complaint,**
To review such video of use of force Attorney general sent as soon as possible so I may collect evidence and to not be further denied access to courts by administration

Offender Signature: _JBRB_  Date: 02-14-24

**Grievance Response:**



**Signature Authority:** _____  **Date:** _____

If you are dissatisfied with the Step 1 response, yon may snbmit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

TO: CLERK OF WESTERN DISTRICT OF TEXAS

Re: SA-22-CV-01167-OLG, Date: 02-25-24

I have in here letter sent such a motion to ~~peruse~~ reconsider on orders made for Defendants Barrientes, Hassler, S Herrera, Also This is a Notice of Appeal to All such orders that are Deemed Final After here such motion is viewed. I Do plan to appeal. please send me need info to do so.      /s/ JRB, with prejudice

*( Attachment A - step1 Copy )*

3

DWAYNE RIVENS-BAKER, TDCJ #[illegible]
Hughes Unit
3201 FM 929
Gatesville TX 76597

RECEIVED
MAR - 5 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

* (Legal Mail)

CLERK, U.S. DISTRICT COURT
Western District of Texas
262 West Nueva Street
San Antonio, TX 78207

78207-452999